[No. 67248-7-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTE ALVAREZ-GUERRERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04286-8, Julie A. Spector, J., entered May 23, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Cox, J.

[No. 67333-5-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRET W. GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01514-5, Eric Z. Lucas, J., entered June 28, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 67373-4-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05502-5, Andrea A. Darvas, J., entered July 8, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 67444-7-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL A. ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06231-5, Michael Heavey, J., entered July 8, 2011. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.